Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Harold Foster,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of the<br>Social Security Administration<br><br>　　　　Defendant. | No: 2:13-cv-01593-DAD<br><br>**STIPULATION AND ORDER FOR AWARD OF EAJA FEES** |

　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with approval of the Court as provided below, that Plaintiff be awarded attorney fees under the Equal Access To Justice Act (EAJA) 28 U.S.C. 2412(d), in the amount of five thousand three hundred dollars ($5,300.00) and costs in the amount of four hundred dollars ($400.00) under 28 U.S.C. 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by his counsel in connection with this civil action, in accordance with 28 U.S.C. 1920, 2412(d).

　　　After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on

whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order to EAJA fees is entered, the government will determine if it is subject to any offset.

Fees and costs shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and costs to be made directly to Plaintiff's counsel Joseph C. Fraulob, pursuant to the written assignment executed by Plaintiff.  Any payments shall be delivered to Plaintiff's counsel Joseph C. Fraulob.

The stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

DATE:  January 27, 2015                    Respectfully submitted,


                                           By: */s/ Joseph C. Fraulob*
                                           JOSEPH C. FRAULOB
                                           Attorney for Plaintiff

                                           BENJAMIN B. WAGNER
                                           United States Attorney
                                           DONNA L. CALVERT
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

                                           By: */s/ Michael K. Marriott*
                                           MICHAEL K. MARRIOTT
                                           *By email authorization
                                           Special Assistant United States Attorney
                                           Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.[1]

Dated: January 28, 2015

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
foster1593.stip.eaja.ord.doc

---

[1] In light of the parties' stipulation, plaintiff's December 19, 2014 petition for EAJA fees (Dkt. No. 15) is denied as having been rendered moot.